# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Leland Christ, | |
| Plaintiff, | |
| | CASE NO. 14-cv-03642 |
| v. | |
| Diversified Consultants, Inc. & Verizon Wireless. | Judge Charles R. Norgle, Sr. |
| Defendants. | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LELAND CHRIST ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., hereby gives Notice to all Parties and the Court that a Settlement has been reached between the Plaintiff and all Defendants.

Dated: May 31, 2015          Respectfully Submitted,

/s/ Paul M. Bach
Paul M. Bach, Esq. ARDC#6299011
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188

## **CERTIFICATE OF SERVICE**

I, Paul M. Bach, declare under penalty of perjury that on May 31, 2015, I served a copy of this document by ECF Electronic Delivery to each person named below at the address stated below for each such person:

**Diversified Consultants, Inc.**

Sessions Fishman Nathan & Israel LLP
55 West Monroe Suite 1120
Chicago, Illinois 60603
(312) 578 0990

**Verizon Wireless**

Darrell W. Clark
 Stinson Leonard Street LLP
1775 Pennsylvania Avenue NW, Suite 800
 Washington, DC 20006-4605
202.728.3019

and  Local Counsel

William John Barrett
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison
Suite 3900
Chicago, Illinois 60606

/s/ Paul M. Bach
Paul M. Bach, Esq.
ARDC #6299011
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181